DOWNER, Complainant, Appellant,

*vs.*

STAINES, Defendant, Appellee.

APPEAL IN EQUITY FROM THE DANE CIRCUIT COURT.

The illegibility of a bill of complaint is not a cause of demurrer.   The proper remedy is to move to strike the bill from the files.

DEMURRER to a bill of complaint on the ground that the bill was illegible.   The demurrer was sustained, the bill dismissed, and the complainant appealed.

*By the Court,* WHITON, C. J.   The sole cause of demurrer to the bill of complaint is, that it is illegible.   We do not think this a ground of demurrer.   If the fact alleged as a cause of demurrer exists, the defendant should have moved in the court below to strike the bill from the files.